STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.5719      AND FILED ON      6/15/2007

| | |
|---|---|
| THE GUARDIAN NEWS, INC.,<br><br>Vs.<br><br>TOWN OF POUND RIDGE, NEW YORK | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/20/2007__ at __11:33AM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
              TOWN OF POUND RIDGE, NEW YORK          (herein called recipient) therein named.
At Location: 179 WESTCHESTER AVENUE
             POUND RIDGE NY

By delivering to and leaving with __JOANNE PACE__ and that deponent knew the person so served to be the __TOWN CLERK__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM        Color of Skin: WH        Color of Hair: BROWN
Age: 50        Height: 5'5"
Weight: 125    Other Features:

Sworn to before me on __6/20/2007__

_Gail Williams_ (signature)

_Gary Williams_ (signature)
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
[illegible]
Qualified in [illegible] County
Commission [illegible] 2010