UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE GUARDIAN NEWS, INC.,

                  **ANSWER**

          Plaintiff,

-against-                               07 Civ. 5719

TOWN OF POUND RIDGE, New York,      ECF Case

          Defendants.
-----------------------------------------------------------------X

      Defendant, Town of Pound Ridge, New York, by its attorneys, Bleakley Platt & Schmidt, LLP, as its answer to the plaintiff's complaint:

      1.     Denies knowledge or information sufficient to form a belief concerning the allegations contained in paragraphs 2 and 3.

      2.     Denies the allegations contained in paragraphs 1, 6, 8 and 10.

      3.     Repeats and realleges the denials and admissions hereinbefore made to the allegations contained in paragraphs 5, 7 and 9.

      WHEREFORE, defendant demands judgment dismissing the complaint, together with costs.

Dated: White Plains, New York
       July 11, 2007

                                    BLEAKLEY PLATT & SCHMIDT, LLP

                                    BY:_____
                                       WILLIAM P. HARRINGTON (WH-5262)
                                  *Attorneys for Defendant*
                                  ONE NORTH LEXINGTON AVENUE
                                  P.O. BOX 5056
                                  WHITE PLAINS, NY 10602-5056
                                  (914) 949-2700

TO:   LOVETT & GOULD, LLP
      *Attorneys for Plaintiff*
      222 BLOOMINGDALE ROAD
      WHITE PLAINS, NY 10605
      (914) 428-8401