

**BLEAKLEY PLATT & SCHMIDT, LLP**

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
Fax: 914.683.6956
BPSLAW.COM

WILLIAM P. HARRINGTON
914.287.6104
WPHARRINGTON@BPSLAW.COM

September 12, 2007

**By Hand**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

Attn.:  Alice Cama

    Re:  *The Guardian News, Inc. v. The Town of Pound Ridge*
         07 Civ 5719

Dear Judge Brieant:

    We represent defendant The Town of Pound Ridge.

    This will confirm that the Rule 16 Conference scheduled for this Friday, September 14, 2007 has been adjourned to Friday, September 28, 2007. The purpose of the adjournment is to allow the parties additional time to negotiate the terms of a stipulation of dismissal of the action.

Very truly yours,

WILLIAM P. HARRINGTON

WPH:sam

cc:  Jonathan Lovett, Esq. *(Via Facsimile)*