UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THE GUARDIAN NEWS, INC.,

                        07 Civ. 5719 (CLB)

          Plaintiff,

    -against-                        **STIPULATION AND ORDER**

TOWN OF POUND RIDGE, New York,

          Defendant.

-----------------------------------------------------------X


      **IT IS HEREBY STIPULATED AND AGREED** that the instant action is discontinued with

prejudice as to events up and to September 28, 2007.  Each party shall bear its own costs and

attorney's fees.

Dated:  White Plains, New York
        September 28, 2007

                        LOVETT & GOULD LLP

                        BY:_____
                            JANE BILUS GOULD (JG-    )
                            JONATHAN LOVETT (JL-4854)
                        *Attorneys for Plaintiff*
                        222 Bloomingdale Road
                        White Plains, NY  10605


                        BLEAKLEY PLATT & SCHMIDT, LLP

                        BY:_____
                            WILLIAM P. HARRINGTON (WH5262)
                        *Attorneys for Defendant*
                        One North Lexington Avenue
                        White Plains, NY 10601


Dated:  _October 3, 2007_           SO ORDERED:

                             _Charles Brieant_
                            U.S.D.J.



**BLEAKLEY PLATT**

NEW YORK    CONNECTICUT

WILLIAM P. HARRINGTON
914.287.6104
WPHARRINGTON@BPSLAW.COM

**BLEAKLEY PLATT & SCHMIDT, LLP**

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

October 3, 2007

**By Hand**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

      Re:    *The Guardian News, Inc. v. The Town of Pound Ridge*
              07 Civ. 5719 (CLB)

Dear Judge Brieant:

    Enclosed is a fully executed Stipulation of Discontinuance with prejudice.  Kindly execute and enter same.

    In light of the foregoing, as per your instruction, the October 5 conference date is cancelled.

                             Respectfully submitted,

                             WILLIAM P. HARRINGTON

WPH:sam
Encl.

cc:   Jonathan Lovett, Esq.